# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**DARRELL PIERRE HOPKINS,**

    Petitioner,

v.                                                  Case No: 5:22-cv-539-WFJ-PRL

**WARDEN, FCC COLEMAN – LOW,**

    Respondent.

_____

## ORDER

    Petitioner initiated this case on November 7, 2022, by filing a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The Court issued an Order to Show Cause (Doc. 8) requiring Petitioner to respond on or before June 15, 2023. Petitioner failed to respond.

    Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.
2. The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 20, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party; Counsel of Record